UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., ) <br> and (a minor) J.F.D., suing by her and ) <br> next friend, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHARLOTTE MITCHEL, individually ) <br> and as Guardian Ad Litem of J.F.D., ) <br> appointed by the Court; WENDY KIRWAN ) <br> individually and as Supervisor Wake ) <br> County N.C. Guardian Ad Litem Program; ) <br> NAOMIE LIVINGSTON, individually and ) <br> as Director Wake County NC Guardian Ad ) <br> Litem Program and all staff individually ) <br> and in their official capacities as program ) <br> managers, superiors and Advocate ) <br> Attorneys for the Wake County NC 10th ) <br> Judicial District Guardian Ad Litem; ) <br> JANE VOLLAND, individually and as ) <br> Director of the State of North Carolina Ad ) <br> Litem; BEVERLY PERDUE individually ) <br> and as Governor of the State of North ) <br> Carolina; NANCY BERSON individually ) <br> and as Child and Family for UNC School ) <br> of Medicine Program on Childhood Trauma ) <br> and Maltreatment; ANTHONY HAL ) <br> MORRIS, RICHARD CROUTHARMEL, ) <br> SUSAN F. VICK, REGINALD ) <br> O'ROURKE, MELLONNE KENNEDY, ) <br> individually and in their official capacities ) <br> as Advocate Attorneys for the Wake County ) <br> N.C. Guardian Ad Litem Program; ) <br> CARRIE FLATT, FONDA LYONS- ) <br> COUSAR, MARGARET HERTZLER and ) <br> CHERYL HANES, individually and in ) <br> their official capacities as Program ) <br> Supervisors for the Wake County, N.C. ) <br> Guardian Ad Litem Program, ) <br>     Defendants. ) | **JUDGMENT** <br> No. 5:12-CV-493-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plantiffs' Motion for Extension of Time is DENIED. The court ADOPTS the portion of the M&R, and for the reasons stated, the Complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2). All other pending motions on the docket are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

Additionally, William Scott Davis, Jr., is ORDERED TO SHOW CAUSE, on or before 9/5/2013, why a prefiling injunction should be issued against him.

**This Judgment Filed and Entered on August 8, 2013, and Copies To:**

William Scott Davis (333 E. Pembroke #8, Hampton, VA 23669)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| August 8, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |