IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-00493-M

| | |
|---|---|
| WILLIAM SCOTT DAVIS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.F.D., a minor, )<br>CHARLOTTE MITCHEL, )<br>WENDY KIRWAN, )<br>NAOMIE LIVINGSTON, )<br>JANE VOLLAND, )<br>BEVERLY PERDUE, )<br>NANCY BERSON, )<br>ANTHONY HAL MORRIS, )<br>RICHARD CROUTHARMEL, )<br>SUSAN F. VICK, )<br>REGINALD O'ROURKE, )<br>MELLONNEE KENNEDY, )<br>CARRIE FLATT, )<br>FONDA LYONS-COUSAR, )<br>MARGARET HERTZLER, and )<br>CHERYL HANES, )<br>)<br>Defendants. ) | ORDER |

Before the Court is a "Motion to Reopen Under Rule 60(b)(3)(4)(6), Rule 60(d)(1)(3)" filed by Plaintiff on November 12, 2020 [DE 72]. The motion is handwritten on a single page and primarily contains case citations; the only argument presented states in its entirety: "Due process, substantive and procedural due process violation pre-filing civil injunction void Davis v. Mitchel 5: 12-cv-493-Fox all orders all judgments void. That the court has no discretion to decide whether or not to vacate void jud[g]ment. Want due process, and obtained by fraud and concealment, fraudulent fabrication."

This case was closed on August 8, 2013 after the Court found Plaintiff's complaint to be frivolous. DE 45. The Fourth Circuit Court of Appeals affirmed the judgment on February 5, 2014.

DE 52. Thereafter, the Court issued a pre-filing injunction requiring that Plaintiff obtain authorization from the Court before filing any additional actions. DE 54. Plaintiff moved to reopen the case pursuant to Fed. R. Civ. P. 60(b) on August 25, 2015; the Court denied the motion and directed the Clerk of the Court "to not accept any new filings" in the case. DE 64. Plaintiff appealed that order (in addition to others) and the Fourth Circuit affirmed on December 17, 2015. DE 69, 70.

In accordance with the previous orders and judgments in this case, Plaintiff's motion is DENIED.

SO ORDERED this 2d day of December, 2020.

*Richard E Myers II*
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

2

Case 5:12-cv-00493-M   Document 74   Filed 12/02/20   Page 2 of 2